OLLMANN, Respondent, vs. KOWALEWSKI, Appellant.

*May 22—June 12, 1941.*

244

The cause was submitted for the appellant on the briefs of *Edmund J. Krzywkowski* and *Chester J. Niebler,* both of Milwaukee, and for the respondent on the brief of *Joseph F. Schoendorf* of Milwaukee.

FRITZ, J.    Since the amendment of sec. 274.09, Stats., by ch. 541, Laws of 1935, an appeal may be taken to this court from a final order or judgment of a circuit court rendered upon an appeal under sec. 6.66 (3), Stats., to review the proceedings and determination of a board of canvassers in recount proceedings under sec. 6.66, Stats.   *In re Burke,* 229 Wis. 545, 551, 282 N. W. 598.   However, in that case the appeal was from a judgment entered in the circuit court and unless there is such a judgment or at least a final order appealable under sec. 274.33 (2), Stats., this court is without jurisdiction on an appeal from a finding or conclusion by a circuit court in such special proceedings.   In the case at bar there is at most a finding as to the total ballots canvassed, the number defectively marked or blank, and the number of the votes for each candidate, but there is no judgment or final order adjudicating who was elected or otherwise modifying or vacating the board of canvassers' determination or the certificate of election which it had issued to Kowalewski.   As there is but a mere finding, which has not ripened in a judgment or a final order as to which the legislature has granted an appeal, this court is without jurisdiction and the appeal must be dismissed. *Witt v. Wonser,* 195 Wis. 593, 219 N. W. 344; *Estate of Maurer,* 234 Wis. 601, 291 N. W. 764.

*By the Court.*—Appeal dismissed.